<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7271**

———————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

     v.

DARRY WAYNE HANNA,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:06-cr-00828-TLW-2; 4:10-cv-70296-TLW)

———————

Submitted:  June 21, 2013          Decided:  July 10, 2013

———————

Before WILKINSON, DUNCAN, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Darry Wayne Hanna, Appellant Pro Se.  Jeffrey Mikell Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darry Hanna appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. We have thoroughly reviewed the record and find no reversible error. Accordingly, we deny Hanna's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Hanna, No. 4:06-cr-00828-TLW-2 (D.S.C. July 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED